THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY F. MILLER, Respondent, v. JAMES J. SEXTON and Others, Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

YOUNG MEN'S CHRISTIAN ASSOCIATION OF THE CITY OF NEW YORK, Respondent, v. THE CITY OF NEW YORK and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore and Callahan, JJ.; Untermyer, J., dissents.

A. BUCKNELL SCHNEIDER, Doing Business, etc., Respondent, v. THE BANK FOR SAVINGS IN THE CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ELOISE LIEBLICH, as Committee of the Person and Property of ETHEL LOIS McCLEERY TROSTLER, an Incompetent, Appellant, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

HELEN V. DEL PIZZO, Appellant, v. EDWARD PETRY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore and Cohn, JJ.

TECHNICAL SERVICE AGENCY, INC., and Others, Appellants, v. PAUL MOSS, as Commissioner of Licenses of the City of New York, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of STANLEY ADAMKIEWICZ, JR., Appellant, against HENRY E. BRUCKMAN and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ANNA KENNEDY and JOHN KENNEDY, Appellants, v. TERMINAL CAB CORPORATION and GEORGE CARDINALI, Respondents.— Order, so far as appealed from, unanimously reversed, with costs and disbursements, and the verdicts reinstated. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

MICHEL COHEN, Appellant, v. RACHEL COHEN, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore and Cohn, JJ.

EMMA SONNENTAG, Respondent, v. M. HILLEL FELDMAN, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict was against the weight of the credible evidence. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

GERTRUDE ZELLMAN and SAMUEL ZELLMAN, Appellants, v. HARRY BERLIN, Respondent.— Judgment unanimously reversed and a new trial ordered, with costs to the appellants to abide the event, on the ground that a *prima facie* case was established by the plaintiffs. It was error, therefore, to dismiss the complaint at the end of the plaintiffs' case. Present — Martin. P. J., Untermyer, Dore, Cohn and Callahan, JJ.

WILLIAM LORENZ, Appellant, v. KNUD ENGELSTED and GLOBE SLICING MACHINE Co., INCORPORATED, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.